IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUSTIN R. CRANFORD, #110425**                                                 **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 1:06cv127LG-RHW**

**MELVIN RAY and CHRIS RYLE**                                         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date, incorporated herein by reference,

**IT IS HEREBY, ORDERED AND ADJUDGED** that this § 1983 cause be, and is hereby, dismissed with prejudice, for failure to state a claim on which relief may be granted and based on judicial immunity, pursuant to 28 U.S.C. § 1915(e)(2)(ii) and (iii). The dismissal for failure to state a claim will count as a "strike" under § 1915(g). The plaintiff's habeas claims are dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of July, 2006.

                                                                  *s/ Louis Guirola, Jr.*
                                                                  LOUIS GUIROLA, JR.
                                                                  UNITED STATES DISTRICT JUDGE